UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ANNA BERKOVSKAIA #A249-137-752**          **CASE NO. 3:25-CV-01044 SEC P**

**VERSUS**                                                            **JUDGE TERRY A. DOUGHTY**

**PAM BONDI ET AL**                                        **MAG. JUDGE KAYLA D. MCCLUSKY**


TO:   U.S. MARSHAL and/or any qualified deputy
and/or Special Agent(s)/Task Force Agent(s) of the Federal Bureau of Investigation
and/or RICHWOOD CORRECTIONAL CENTER
and/or any qualified deputy

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**YOU ARE HEREBY COMMANDED** to deliver ANNA BERKOVSKAIA to the United States District Court for the Western District of Louisiana for an EVIDENTIARY HEARING to be held in Monroe, Louisiana Courtroom 2, at 10:00 AM on February 03, 2026 before the Honorable Kayla D. McClusky, United States Magistrate Judge.

**WITNESS** the Honorable Kayla D. McClusky,
United States Magistrate Judge
at Monroe, Louisiana
on December 03, 2026.

Daniel J. McCoy, Clerk of Court

By _____
Deputy Clerk