# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

ANNA BERKOVSKAIA                              CIVIL ACTION NO. 25-CV-01044

VERSUS                                        JUDGE DOUGHTY

PAMELA BONDI, ET AL                           MAGISTRATE MCCLUSKY

## O R D E R

PREMISES CONSIDERED:

IT IS HEREBY ORDERED that the Motion to Appoint Interpreter at the Court's expense be granted.

THUS DONE AND SIGNED on the 2nd day of January, 2026.

_____
United States Magistrate Judge