**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ANNA BERKOVSKAIA** | **CIVIL ACTION NO. 25-cv-01044** |
| **VERSUS** | **DISTRICT JUDGE DOUGHTY** |
| **PAMELA BONDI, ET AL** | **MAGISTRATE JUDGE McCLUSKY** |

**ORDER**

Upon consideration of the unopposed Motion for Status Conference,

IT IS ORDERED that the motion is GRANTED, and the Evidentiary Hearing in this case is vacated. Counsel are to participate in a status conference with the Court for the purpose of resolving this matter on January 29, 2026. at 11:30 a.m. If counsel are not available at that time, they should provide mutually agreeable dates and times to my courtroom deputy, Ann LeDay, at ann_leday@lawd.uscourts.gov.

THUS, DONE AND SIGNED in Monroe, Louisiana, this 22nd day of January 2026.

_____
UNITED STATES MAGISTRATE JUDGE