UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ANNA BERKOVSKAIA #A249-137-752**     **CASE NO.  3:25-CV-01044 SEC P**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**PAM BONDI ET AL**     **MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 34], and after reviewing the Notice of Waiver of Time Objections [Doc. No. 35] filed by Petitioner, Anna Berkovskaia ("Petitioner"), and the Notice of Waiver of Time Objections [Doc. No. 36] filed by Respondents, Pam Bondi, Todd Lyons, and Kristi Noem (collectively "Respondents"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition [Doc. No. 11] is **GRANTED**: Respondents, including the Warden of Richwood Correctional Center, shall (A) immediately release Petitioner from custody without bond under reasonable conditions of supervision to be established by an ICE deportation officer and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.  The parties shall, within **24 hours** after Petitioner's release, file a joint status report confirming her release.

MONROE, LOUISIANA, this 4th day of February 2026.

                                             TERRY A. DOUGHTY
                                             UNITED STATES DISTRICT JUDGE